**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIACHESLAV IVANOV, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as the President of the United States, *et. al.*,<br><br>Defendants. | Civil Case No. 26-915 (RJL) |
| VIKTORIIA CHERSAK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE, *et. al.*,<br><br>Defendants. | Civil Case No. 26-968 (RJL) |
| NAMI SAITO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE, *et. al.*,<br><br>Defendants. | Civil Case No. 26-2272 (RJL) |

**ORDER**

(August 25, 2026) [Dkt. #8, 16, 18, 21, 26, 41][1]

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the *Ivanov* Motion for Summary Judgment [Dkt. #21], the *Chersak* Motion for Summary Judgment [Dkt. #16], and the *Saito* Motion for Preliminary Injunction [Dkt. #8] are **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that defendants' Cross-Motions for Summary Judgment and Motions to Dismiss [Dkt. #18, 26, 41] are **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the U.S. Citizenship and Immigration Services' ("USCIS") December 19, 2025 directive placing on hold adjustment-of-status applications filed by DV selectees present in the United States ("the USCIS Pause"), the State Department's December 20, 2025 directive requiring consular officers to refuse DV visa applications under Section 221(g) of the Immigration and Nationality Act ("INA") ("the State DV Pause"), and the State Department's January 14, 2026 directive requiring consular officers to refuse under Section 221(g) of the INA immigrant-visa applications filed by nationals of seventy-five countries ("the Public Charge Pause") are **DECLARED UNLAWFUL** as applied to the named plaintiffs in *Ivanov*, *Chersak*, and *Saito*, and their derivative beneficiaries; and it is further

[1] The bracketed docket citations identify the dispositive motions resolved by this memorandum opinion and accompanying order. Because the underlying actions were consolidated, the relevant motions appear on multiple dockets: plaintiffs' and defendants' cross-motions in *Ivanov* are docketed at Dkt. #21 and #26 in No. 26-cv-915; the cross-motions in *Chersak* are docketed at Dkt. #16 and #18 in No. 26-cv-968; and the operative motion and cross-motion in *Saito* are docketed at Dkt. #8 in No. 26-cv-2272 and Dkt. #41 in No. 26-cv-915.

**ORDERED** that the State Department, Secretary of State Marco Rubio, Director of USCIS Joseph B. Edlow, DHS Secretary Markwayne Mullin, and Attorney General Todd Blanche ("defendants") and their officers, employees, and agents are **ENJOINED** from applying the State DV Pause, the USCIS Pause, or the Public Charge Pause to the visa or adjustment-of-status applications of those named plaintiffs and derivative beneficiaries; and it is further

**ORDERED** that, to the extent practicable, the Department of State shall take reasonable steps to reconsider, during the time remaining before September 30, 2026 and without applying the State DV Pause or the Public Charge Pause, the applications of named plaintiffs and derivative beneficiaries who were refused under 8 U.S.C. § 1201(g) solely pursuant to either policy; and it is further

**ORDERED** that USCIS shall resume ordinary adjudication, without applying the USCIS Pause, of the covered named plaintiffs' pending adjustment-of-status applications; and it is further

**ORDERED** that defendants shall file a status report within fourteen (14) days of this Order describing the steps taken to comply with this Order and shall file a status report every fourteen (14) days thereafter until September 30, 2026.

**SO ORDERED.**

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge